UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 AM 11: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**RAYMOND KENNEBREW**                    **JUDGMENT IN A CIVIL CASE**

v.

**DAVID MILLS**                          CASE NO: 05-2023-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on September 7, 2005, this cause is hereby dismissed.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

September 13, 2005
Date

THOMAS M. GOULD

_____
Clerk of Court

(By) _____ Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/ 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02023 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Raymond Kennebrew
WEST TENNESSEE STATE PENITENTIARY
321243
P.O. Box 1150
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT